# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GOULD,  Plaintiff,  v.  TYLER CROOKSTON,  Defendant. | Case No. 1:21-cv-06049  Hon. Jorge L. Alonso |

## MOTION TO WITHDRAW AS COUNSEL

Jena L. Levin of Foley & Lardner LLP respectfully requests to withdraw as counsel for Defendant Tyler Crookston. Jena L. Levin will leave the employ of Foley & Lardner LLP on December 30, 2022 and respectfully requests entry of an order directing the Clerk to remove her appearance from the docket and remove her name from the ECF distribution list. Ms. Levin's departure will not affect any pending deadlines or cause any delays in this action, as other Foley & Lardner LLP attorneys will continue to represent Mr. Crookston's interests.

WHEREFORE, Jena L. Levin respectfully request that the Court grant this Motion, permitting her to withdraw as counsel of record.

Dated: December 29, 2022

Respectfully submitted,

/s/ Jena L. Levin
Ellen M. Wheeler, ewheeler@foley.com
Margaret Nelson, mnelson@foley.com
Susan Poll Klaessy, spollklaessy@foley.com
Jena Levin, jlevin@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500

*Counsel for Defendant Tyler Crookston*

4878-8151-4055.1